PINELLI *v.* WARDEN OF MARYLAND
PENITENTIARY

[App. No. 37, September Term, 1960.]

*Decided November 15, 1960.*

684

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Petitioner's application for leave to appeal under the Post Conviction Procedure Act is denied for the reasons set forth by the court below.

*Application denied.*